**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

SOUTH KERN INDUSTRIAL CENTER, LLC, a California Limited Liability Company, and SYNAGRO WWT, INC., a Maryland Corporation,

Plaintiffs,

v.

THOMAS G. FOLEY, an individual, FRED W. PORTER, TRUSTEE of the Fred and Saundra Porter Family Trust; HAROLD W. ROBERTSON, TRUSTEE of the Harold and Diana Robertson Family Trust, SANTIAGA RANCH, LLC, a California Limited Liability Company, and FIRST AMERICAN TITLE COMPANY, a California Corporation,

Defendants.

Case No. 1:06-cv-00323 AWI TAG

ORDER VACATING INITIAL SCHEDULING CONFERENCE AND SETTING STATUS CONFERENCE

A Notice of Settlement (Doc. 24) having been filed in this case, in conjunction with a Stipulation Extending the Time to File an Answer to the Complaint (Doc. 23), it is hereby

1. ORDERED that the Initial Scheduling Conference current set for August 9, 2006 (Doc. 16) is VACATED;

2. ORDERED that the parties finalize settlement and file with the Court a dismissal of the action on or before September 5, 2006;

3. ORDERED that should the action not be dismissed before September 5, 2006, the parties shall file with the Court a Joint Status Report explaining why settlement has not been completed and/or why the case has not been dismissed as ordered; and

4. ORDERED that a Status Conference be, and hereby is, set for Thursday, September 7, 2006 at 10:00 a.m. at the chambers of Magistrate Judge Theresa A. Goldner, 1200 Truxtun Avenue, Suite 120, Bakersfield, California 93301, telephone number 661-326-6620.

IT IS SO ORDERED.

Dated: **August 2, 2006**

**j6eb3d**

**/s/ Theresa A. Goldner**

UNITED STATES MAGISTRATE JUDGE