# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH KERN INDUSTRIAL CENTER, LLC, a California Limited Liability Company, and SYNAGRO WWT, INC., a Maryland Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THOMAS G. FOLEY, an individual, FRED W. PORTER, TRUSTEE of the Fred and Saundra Porter Family Trust; HAROLD W. ROBERTSON, TRUSTEE of the Harold and Diana Robertson Family Trust, SANTIAGA RANCH, LLC, a California Limited Liability Company, and FIRST AMERICAN TITLE COMPANY, a California Corporation,<br><br>　　　　　　　　Defendants.<br>_____ | Case No. 1:06-cv-00323 AWI TAG<br><br>ORDER VACATING AND RESCHEDULING STATUS CONFERENCE<br><br>(Docs. 25, 26) |

　　　A Notice of Settlement (Doc. 24) having been filed in this case, in conjunction with a Stipulation Extending the Time to File an Answer to the Complaint (Doc. 23), this Court ordered on August 3, 2006, that (1) the Initial Scheduling Conference originally set for August 9, 206 be vacated, (2) a notice of dismissal be filed on or before September 5, 2006, (3) a Joint Status Report be filed on or before September 5, 2006, should such dismissal not be filed and setting forth the reasons therefor and (4) a Status Conference be set for September 7, 2006.  (Doc. 25).

　　　　On August 21, 2006, the parties filed a Stipulation, Joint Motion and Order Extending the Time to File Dispositional Documents (hereinafter "Stipulation").  (Doc. 26).  In that Stipulation, the parties advised that negotiation of settlement documents had been completed, that these documents contemplated the transfer of 320 acres of real estate and certain easements along with

1  the performance of a Phase I environmental site assessment pursuant to 42 U.S.C. § 9601(35)(B)
2  and issuance of a title policy. (Doc. 26). The parties further advised that they needed an
3  additional forty-five (45) days to complete such Phase I environmental assessment, obtain a title
4  policy and close escrow. Accordingly, the parties in their Stipulation jointly requested additional
5  time for the filing of dispositional papers. (Doc. 26).

6      Good appearing, IT IS HEREBY ORDERED that:

7      1. The Status Conference previously set for September 7, 2006 be VACATED and
8  RESCHEDULED to **Wednesday, October 11, 2006 at 9:30 a.m.** at the chambers of United
9  States Magistrate Judge Theresa A. Goldner, 1200 Truxtun Avenue, Suite 120, Bakersfield,
10 California;

11     2. The parties finalize settlement and file with the Court a dismissal of the action on or
12 before October 9, 2006, in which case the aforementioned Status Conference shall be vacated;
13 and

14     3. Should the action not be dismissed before said date, that the parties shall file with the
15 Court no later than October 9, 2006, a Joint Status Report explaining why settlement has not
16 been completed and/or why the case has not been dismissed as ordered.

18 IT IS SO ORDERED.

19 Dated: **August 22, 2006**          **/s/ Theresa A. Goldner**
   **j6eb3d**                                         UNITED STATES MAGISTRATE JUDGE