Daniel D. Harshman, Esq. (SBN: 177139)
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, California 94104-2215
Telephone: 415/614-6100
Facsimile: 415/614-6101

Attorney for Plaintiffs,
SOUTH KERN INDUSTRIAL CENTER, LLC
and SYNAGRO-WWT, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SOUTH KERN INDUSTRIAL CENTER, LLC, et al.,<br><br>　　　　　Plaintiffs,<br>　　vs.<br>THOMAS G. FOLEY, et al.,<br>　　　　　Defendants. | Case No. 1:06-cv-00323-AWI-TAG<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Anthony W. Ishii<br>U. S. District Judge |

　　The matter having come before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice filed on October 9, 2006. Plaintiffs previously filed a Notice of Settlement on August 1, 2006 and, it appearing no adverse party has served an answer or motion for summary judgment, the Dismissal Without Prejudice is GRANTED.

　　IT IS HEREBY ORDERED that the above entitled cause be and is hereby dismissed without prejudice to the re-filing of the same and each party shall bear its own costs, expenses and attorney's fees incurred in connection with this litigation.

IT IS SO ORDERED.

**Dated:   October 13, 2006**　　　　　　　　　　　　**/s/ Anthony W. Ishii**

0m8i78　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

= 1 > 1 1 " "   1

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE